UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -                    08 Cr. 0717 (JGK)

DAVID COPELAND REED,               ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter, which it forwards to the parties. The letter is filed under seal because it contains personal identifying information.

    SO ORDERED.

Dated:    New York, New York
            September ??, 2011

                                       John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/22/11